UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| EMANUEL TIMOTHY VAUGHN, | ) | |
| | ) | |
| Petitioner, | ) | CV NO. 12-6549-JAK (AJW) |
| | ) | |
| v. | ) | |
| | ) | JUDGMENT |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

It is hereby adjudged that petitioner's "Motion for a Writ of Habeas Corpus" is denied and the petition for a writ of habeas corpus is dismissed as moot.

Dated: September 27, 2012

_____
John A. Kronstadt
United States District Judge